# Third District Court of Appeal
## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1614
Lower Tribunal No. 20-10464

————————

**Camilo Rodrigues and Rebeca Rodrigues,**
Appellants,

vs.

**Universal Insurance Company of North America,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Kula & Associates, P.A., and Elliot B. Kula, W. Aaron Daniel and William D. Mueller, for appellants.

Quintairos, Prieto, Wood & Boyer, P.A., and Dorothy Venable DiFiore (Tampa), for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.